UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| SCOTT B. BRALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.2:17-cv-00017-MFU |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR ADMISSION OF JOHN A. MOSS
TO APPEAR *PRO HAC VICE***

Plaintiff Scott B. Brall ("Plaintiff"), through counsel, hereby moves this Court for an order admitting John A. Moss ("Applicant"), of the law firm of Steel & Moss, LLP, to practice before this Court for the limited purpose of appearing on behalf of Plaintiff in this case in association with a member of the bar of this Court. In support of this Motion, Plaintiff shows the Court the following:

1. The full name and contact information of the Applicant:

   John A. Moss
   Steel & Moss, LLP
   3495 Piedmont Road, NE
   Building 11, Suite 905
   Atlanta, GA 30305
   Telephone: (404) 264-1292
   Facsimile: (404) 264-0161
   E-Mail: jmoss@steel-moss.com

   John A. Moss resides at 5434 Peachtree Road, Chamblee, GA 30341.

2. Applicant is currently qualified and licensed to practice before the highest court of the State of Georgia, the Supreme Court of Georgia. The admission date was June 1991. His bar number is 526579.

3. Applicant is currently qualified and licensed to practice in the following federal courts:

> United States Court of Military Appeals, admitted June 1991
> United States District Court for the Northern District of Georgia, admitted October 1991
> United States District Court for the Middle District of Georgia, admitted June 2006

4. Applicant is an attorney in good standing and authorized to appear in the Courts identified in paragraphs 2 and 3 above.

5. Applicant is not currently disbarred or suspended in any state, territory, United States possession or tribunal.

6. Applicant is not subject to any pending disciplinary proceeding by any court, agency or organization authorized to discipline him as a lawyer.

7. During the last twelve (12) months, Applicant has not sought admission *pro hac vice* under W.D. Va. Gen. Rule 6.

8. Applicant agrees to review and comply with the appropriate rules of procedure as required in the case for which he is applying to appear *pro hac vice*.

9. Applicant understands and agrees to comply with the rules and standards of professional conduct required of members of the Virginia State Bar and this bar.

10. Applicant seeks to appear on behalf of Plaintiff.

The undersigned counsel hereby certifies that he is a member of the bar of this Court and that Applicant possesses all of the qualifications required for admission to the bar of this Court and moves this Court to admit the Applicant *pro hac vice*.

Respectfully Submitted,

_____
Mark T. Hurt (VSB # 36380)
THE LAW OFFICES OF MARK T. HURT
159 West Main Street
Abingdon, Virginia 24210
(276)623-0808 Telephone
(276)623-0212 Facsimile
mail@markhurtlawfirm.com