IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| SCOTT B. BRALL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:17-cv-17 |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION

Please take notice that the undersigned will take the deposition upon oral examination of Dr. Erin Bryant on January 10, 2018, at 1:00 p.m. at the office of FirstChoice Family Practice, 301 Med Tech Parkway #140, Johnson City, Tennessee. The deposition will be taken by stenographic and videotape means.

You are hereby notified to be present at said time and place and to take such action in the premises as you may be advised.

NORFOLK SOUTHERN RAILWAY COMPANY

By Counsel

Wade W. Massie
 VSB No. 16616
Seth M. Land
 VSB No. 75101
Richard E. Ladd, Jr.
 VSB No. 30409
PENN, STUART & ESKRIDGE
P.O. Box 2288
Abingdon, Virginia 24212
Telephone: 276/628-5151
Facsimile: 276/628-5621
P.O. Box 2009
Bristol, VA 24203
Telephone: 423/793-4800
Facsimile: 423/793-4853
wmassie@pennstuart.com
sland@pennstuart.com
rladd@pennstuart.com

By *Richard E. Ladd, Jr.*
    Richard E. Ladd, Jr.

CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2017, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to counsel of record.

*Richard E. Ladd, Jr.*
Richard E. Ladd, Jr.