IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| SCOTT B. BRALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 2:17-cv-17 |
| | ) | |
| | ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

Please take notice that the undersigned will take the deposition upon oral examination of Dr. Robert W. McLeod on December 19, 2017, at 10:00 a.m. Eastern time (9:00 a.m. Central time) at 2316 University Blvd., Suite 201, Tuscaloosa, Alabama 35401. The deposition will be taken by stenographic means. The stenographer will be with the witness. Counsel will participate by telephone.

You are hereby notified to have Dr. McLeod present at said time and place and to take such action in the premises as you may be advised.

NORFOLK SOUTHERN RAILWAY COMPANY

By Counsel

Wade W. Massie
 VSB No. 16616
Seth M. Land
  VSB No. 75101
PENN, STUART & ESKRIDGE
P.O. Box 2288
Abingdon, Virginia  24212
Telephone:  276/628-5151
Facsimile:  276/628-5621
wmassie@pennstuart.com
sland@pennstuart.com

By  */s/ Wade W. Massie*
        Wade W. Massie

CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2017, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Wade W. Massie*
Wade W. Massie