CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 08 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| SCOTT B. BRALL | ) |
| Plaintiff, | ) Civil Action No. 2:17-cv-00017 |
| v. | ) |
| | ) By: Hon. Michael F. Urbanski |
| NORFOLK SOUTHERN RAILWAY, COMPANY | ) Chief United States District Judge |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, plaintiff Scott Brall's Motion for Partial Summary Judgment, ECF No. 84, is **GRANTED**, and defendant Norfolk Southern's Cross-Motion for Partial Summary Judgment, ECF No. 92, is **DENIED**. This case will proceed to trial on June 11, 2018 on the issues of injury and damages only.

It is **SO ORDERED**.

Entered: 05-08-2018

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge